| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Jamar D. Holt, §
　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　§
versus §　　　　　　Civil Action H-12-754
　　　　　　　　　　§
Lone Star College System, §
　　　　　　　　　　§
　　　　Defendant. §

## Opinion on Dismissal

1. Jamar D. Holt is a disabled Army veteran who was taking a class at Lone Star College in Cypress, Texas. On July 8, 2009, he and his professor began arguing in class. When the professor asked him to step into the hallway to talk, he refused. When they continued arguing, the professor called campus security. When security arrived they ordered him to leave the classroom. He again refused, the classroom was cleared of the other students, and Holt was arrested. He was released from jail the next day and the charge of resisting arrest was dismissed in February of 2010.

2. On February 7, 2012, Holt sued the college for wrongful arrest, slander, and defamation of character. Because his claims arose on July 8, 2009, he had to sue by July 8, 2011.

3. Even if he were not too late, his description of what happened is not recognized as a legal claim with a remedy. He refused orders by the professor and security to leave the room. Regardless of how he feels the professor treated him because of his race, he was not justified for his oral and physical disruption of the class. The proper response would have been to leave the class when ordered and file a complaint to the supervising dean.

4.  Jamar D. Holt's claims against Lone Star College System will be dismissed because he has sued too late and he has not described facts recognized as claims at law.

Signed on April 26, 2012, at Houston, Texas.

---

Lynn N. Hughes
United States District Judge